# Exhibit 1

## DECLARACION DE MOVIMIENTO COMERCIAL

No. DD- 905720
ORIGINAL

ENTRADA No. 014 | SALIDA No. ____ | TRASPASO

| | |
|---|---|
| REPUBLICA DE PANAMA | XX |
| TELEFONO DE LA EMPRESA | 445-3955 |
| DIA / MES / AÑO | 18 / 03 / 05 |

A. IMPORTADORA: GIOVANNEX INTERNACIONAL, S.A.
CLAVE: 0258 — SALIDA DE: ____ CLAVE: ____
A. EXPORTADORA: ____ ENTRADA A: ____ USO ESTADISTICO No. DE REGISTRO

CONOCIMIENTO DE EMBARQUE O GUIA: SJ1598843
FECHA DE FACTURA: 10-03-05
FACTURA COMERCIAL No.: 813390 y 813391
EMPRESA TRANSPORTADORA: V.M.S.
CLAVE: ____

JEFE O BARCO: SL CHAMPION V-0504
PUERTO DE ENTRADA: MANZANILLO 36
PUERTO DE SALIDA: ____
CODIGO DE PAIS

PAIS DE ORIGEN O DESTINO: ESTADOS UNIDOS DE NORTEAMERICA 105
EMBARCADOR: R.J. REYNOLDS TOBACCO COMPANY
DESTINATARIO: ____
CODIGO DE PUERTO

PUERTO DE ORIGEN O DESTINO: CHARLESTON, SC
DIRECCION DEL EMBARCADOR: AGENTE BATI MACON, GA 31217
DIRECCION DEL DESTINATARIO: ____

PUERTO DE TRASBORDO: ____

| CLASE | DESCRIPCION DEL ARTICULO | MARCAS | INTERIORES | PESO BRUTO | VALORES |
|---|---|---|---|---|---|
| 1 | CONTENEDOR DE 40' QUE CONTIENE: | | | | |
| 700 | CAJAS CIGARRILLOS (50) ................700 cajas | 24-02-20-00 | ctns 35,000 | 8756.100 | US$210,000.00 |
| | ------LINEA UNICA------ | | | | |
| | CONTENEDOR No. MSKU6502906 SELLO No. ML-US911685 700 cajas | | | | |

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán acompañar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Permítase la entrada, salida o traspaso a la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

GIOVANNEX INTERNACIONAL, S.A.
Comprador/Vendedor

Funcionario autorizado por el Movimiento Comercial

Inspector de Aduana

TOTAL F.O.B.: ____
FLETE PREPAID
SEGURO
OTROS GASTOS

Halloran Declaration, Exhibit 1, Page 1 of 2

## MAERSK SEALAND

**NON-NEGOTIABLE WAYBILL**

Waybill No.: MAEU SJ1598843

**Shipper:**
R J REYNOLDS TOBACCO COMPANY
2600 WEAVER ROAD,
MACON, GA. 31217
AS AGENTS FOR BATI

**Booking No.:** 002776434

**Export references:**

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Sealand Bill of Lading (available from the carrier, its agents and at www.maersksealand.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Consignee:**
GIOVANNEX INTERNACIONAL SA
CAHLE JUSTA COLON
APARTADO POSTAL 2081
ZONA LIBRE DE COLON PANAM

**Notify Party:**

**Onward Inland routing** (Not part of Carriage. For account and risk of Merchant):

**Place of Receipt.** Applicable only when document used as Multimodal Waybill:

**Vessel:** SL CHAMPION
**Voyage No.:** 0504
**Place of Delivery.** Applicable only when document used as Multimodal Waybill: COLON, CANAL-CAR

**Port of Loading:** CHARLESTON, SC
**Port of Discharge:** MANZANILLO

**PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE**

| Kind of packages; Description of goods; Marks and Numbers; Container No./Seal No. | | Gross Weight | Measurement |
|---|---|---|---|
| ATF# 637<br>DELIVERY#<br>80356031<br>ATF# 637<br>DELIVERY#<br>80356031<br>MSKU6502906<br>ML-US5911685<br>033229, 03324 | FREIGHT PREPAID<br>1  40'CNTR<br>70.0 CASES<br>OF CIGARETTES<br>NDR AES X20050311010872<br>POINT AND COUNTRY OF ORIGIN:<br>UNITED STATES OF AMERICA<br>CY / CY<br>SHIPPER'S LOAD, STOW, WEIGHT<br>AND COUNT | KGS<br>8756.100<br>LBS<br>19394.222 | CB<br>34.00 |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| BASIC FREIGHT 1.0 | 795.00 | | USD | 795.00 | |
| BUNKER ADJUST FACT | 270.00 | | USD | 270.00 | |
| CHASSIS USAGE CHAR | 40.00 | | USD | 40.00 | |
| CARRIER SECURITY C | 6.00 | | USD | 6.00 | |
| ORIGIN PORT ADD | 5.00 | | USD | 5.00 | |
| | | | USD | 1116.00 | |

**Carrier's Receipt**
Total number of containers or packages received by Carrier: 1 CONTAINER(S)

**Place of issue of Waybill:** RESOURCE US
**Date of issue of Waybill:** MAR 18 05

Received by the Carrier from the Shipper, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein, the total number or quantity of containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt"

Declared Value Charges (see clause 7.3 of the Maersk Sealand Bill of Lading) for Declared Value of US$

Signed for the Carrier A.P. Moller - Maersk A/S trading as Maersk-Sealand

As Agent(s) for the Carrier