# Exhibit 8

```
                                                                    1

 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK
 2

 3   - - - - - - - - - - - - -  X

 4   EUROPEAN COMMUNITY, ET AL,  :
                                        02 CV 5771
 5           Plaintiffs          :

 6
             -against-           :
 7                                      United States Courthouse
                                        Brooklyn, New York
 8   RJR NABISCO, INC, ET AL     :
                                        October 26, 2010
 9           Defendants.         :      10:30 o'clock a.m.

10   - - - - - - - - - - - - -  X

11

12                       TRANSCRIPT OF MOTIONS
             BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
13                    UNITED STATES DISTRICT JUDGE

14

15   APPEARANCES:

16

17   For the Plaintiffs:         KRUPNICK CAMPBELL MALONE
                                 700 Southeast Third Avenue
18                               Fort Lauderdale, FL 3315

19                               BY: KEVIN MALONE, ESQ.
                                     CARLOS A. ACEVEDO, ESQ.
20

21
                                 SACKS & WESTON
22                               114 Old York Road
                                 Jenkintown, PA 19046
23
                                 BY:  JOHN K. WESTON, ESQ.
24

25
```

```
                                                                    2

 1   Appearances Continues:

 2

 3                                    SPEISER, KRAUSE, NOLAN
                                        & GRANITO
 4                                    140 East 45th Street
                                      New York 10017
 5
                                      BY:  JOHN HALLORAN, JR., ESQ.
 6

 7
     For the Defendants:              JONES DAY
 8                                    222 East 41st Street
                                      New York 10017
 9
                                      BY: MARK R. SEIDEN, ESQ.
10                                        LESLIE B. DUBECK, ESQ.
                                          GREGORY KATSAS, ESQ.
11

12
     Also Present:                    MICHAEL MAVRINAC
13                                    Administrator European
                                      Anti-Fraud Office
14

15
                                      MAREK KADUCZAK
16                                    Head of Legal Unit
                                      European Anti-Fraud Office
17

18
                                      BERND MARTENCZUK
19                                    European Commission
                                      Legal Service
20

21
     Court Reporter:                  Gene Rudolph
22                                    225 Cadman Plaza East
                                      Brooklyn, New York
23                                    (718) 613-2538

24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer-aided transcription.
```

```
                                                              45
 1   parties are involved, but that's not what the claim is about.
 2   The claim is for the active negligence of the defendants
 3   themselves.  There is no issue of third parties and therefore
 4   the negligence claim should stand.
 5           The defendants made an argument based on the
 6   economic loss rule.  The economic loss rule under New York law
 7   does not apply to a case like this.
 8           THE COURT:  Under New York law?  Why does New York
 9   law apply?
10           MR. MALONE:  Diversity of citizenship.
11           THE COURT:  There's a choice of laws issue, isn't
12   there here?
13           MR. MALONE:  You mean between state and federal
14   common-law?
15           THE COURT:  Among the States.  Aren't there other
16   states involved in this?
17           Why should we accept New York law?  How is New York
18   law the law which in a choice of law situation we should
19   apply?  Have you looked at that?
20           MR. MALONE:  Actually I haven't because I think both
21   sides have assumed that New York law would apply if state law
22   applies.
23           THE COURT:  I can't assume.
24           MR. MALONE:  I know that.  I don't think either one
25   of us even considered it.
```