# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702
TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

(212) 326-3451
mrseiden@jonesday.com

629000-036069

March 2, 2016

BY ELECTRONIC CASE FILING

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza
Brooklyn, New York 11201

      Re:    The European Community, et al., v. RJR Nabisco, Inc., et al.
               Civil Action No.: 02-5771 (NGG)(VVP)

Dear Judge Garaufis:

      Jones Day represents the defendants in the above-referenced-action. We write in response to plaintiffs' counsel's March 1, 2016 letter to the Court.

      Defendants have no objection to plaintiffs' request that the Court grant limited relief from the stay and dismiss with prejudice any claims for RICO damages based upon domestic injuries. Indeed, we respectfully encourage the Court to act favorably upon plaintiffs' request as we believe that the proposed partial dismissal will help sharpen one of the principal legal questions currently pending before the Supreme Court, namely whether a civil RICO plaintiff may recover for foreign injuries.

      Accordingly, we respectfully request that the Court grant plaintiffs' request at its earliest convenience, and in any event before the Supreme Court hears oral argument on March 21.

Respectfully submitted,

Mark R. Seiden
(MS-3529)

NAI-1500872452v1

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

Honorable Nicholas G. Garaufis  
March 2, 2016  
Page 2

**JONES DAY**

cc:   John J. Halloran, Jr., Esq.  
      John J. Halloran, Jr., P.C.  
      50 Main Street (Suite 1000)  
      White Plains, New York 10606  
      (By E-Mail and ECF)

      Kevin A. Malone, Esq.  
      Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman, P.A.  
      12 East 7th Street, Suite 801  
      Fort Lauderdale, Florida 33301  
      (By E-Mail and ECF)

      Edward F. Farrell, Esq.  
      Principe de Vergara 17, Piso 8  
      28001 Madrid, Spain  
      (By ECF)

      Andrew B. Sacks, Esq.  
      Sacks & Smith, L.L.C.  
      510 Walnut Street, Suite 400  
      Philadelphia, PA 19106  
      (By ECF)

      Gregory G. Katsas, Esq.  
      Jones Day  
      51 Louisiana Avenue, northwest  
      Washington, D.C. 20001  
      (By E-Mail and ECF)